James V[illegible]
Federal Correctional Institutional #1
P.O. Box 1000
Butner, NC 27509
United States

James Vandivere
Butner FCI-1
P.O. Box 1000
Butner, NC 27509

Legal Mail

⇔99078-011⇔
District Courthouse
333 Constitution AVE NW
Room 5523 Clerks Office
Washington, DC 20004
United States

U.S. District Courthouse
333 Constitution AVE NW
Room 5523 Clerks Office
Washington, D.C. 20004

Legal Mai