UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES DOW VANDIVERE,

Plaintiff (*pro se*),

v.

TODD BLANCHE,
*in his official capacity as Acting Attorney General of the United States*,

Defendant.

Civil Action No. 25-4446 (JMC)

**CERTIFICATE OF SERVICE**

I certify that on May 14, 2026, I caused a copy of Defendant's Motion to Dismiss and Memorandum in Support thereof to be mailed to Plaintiff via first class U.S. Mail at:

JAMES DOW VANDIVERE, *pro se*
R 99078-011 Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

*/s/ Samuel G. Settle*
SAMUEL G. SETTLE
Assistant United States Attorney