UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DOW VANDIVERE,<br><br>Plaintiff (*pro se*),<br><br>v.<br><br>TODD BLANCHE,<br>*in his official capacity as Acting Attorney General of the United States*,<br><br>Defendant. | Civil Action No. 25-4446 (JMC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion to dismiss and memorandum in support thereof, and the entire record herein, it is hereby

ORDERED that the motion to dismiss is GRANTED, and it is further

ORDERED that Plaintiff's claims are dismissed with prejudice.

SO ORDERED:

__________________
Date

__________________________________
JIA M. COBB
United States District Judge