UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JAMES DOW VANDIVERE
Real Party in Interest
Pro Se Plaintiff,

v.

PAM BONDI, AND OR CURRENT
United States Attorney General,
Defendant

NO. 1:25-CV-04446-UNA

MOTION FOR SUMMARY JUDGMENT
(FRCivP 56(a)

Relief Sought:

Plaintift Vandivere moves this court for summary judgment against Defendant Pam Bondi, United States Attorney General and request this court render judgment in favor of Plaintift for all of the relief set forth in Plaintifts' FRCivP 5.1 Challenge 1 Complaint.

Grounds for Relief:

1) The Plaintift is entitled to summary judgment because, as fully shown below, there is no genuine dispute as to any material fact that needs to be tried in this litigation.

Undisputed facts:

a) On January 12th, 2026 Respondent was served with Plaintiffs' Request for Admissions, pursuant FRCivP 36; Cert. mail No. 9589-0710 5270 0959 4497 73;

b) Plaintiff sought 12 admission request from Respondent; (See Attachment "A", 4pgs. w/exhibits);

c) Any responce to these admissions was due in 30 days or less; or not later than Feb. 11th, 2026;

d) Failure to respond within the time limit would result in default to all admissions;

e) No response from Respondent by Feb. 11th, 2026 was received by Plaintiff, thus defaulted on all Rule 36 admissions;

RECEIVED
MAILROOM
MAY 18 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

f) Many of the admissions would be fatal error for any federal courts' Subject-Matter jurisdiction over any federal action from the lack of Article III standing of the Plaintiff;

g) In an Opinion from W. Earl Britt, Senior District Court Judge for the Eastern District of North Carolina, Case No. 507 F. Sapp 2a 522 the Court noticed and stated 4248 contains "no express jurisdictional element" as required by Morrison, 529 US A 613:

h) "Freedom from Bodily Restraint has always been at the core of the liberty protected by the Due Process Clause from arbitrary government action." (See Foucha, 504 US 71, 80) (See also Parham, 442 US 584, 600)

**Amended**

i) **In addition to the facts above the defendant was officially served on 3/10/26 by U.S. Marshall Service. A response from the defendant was due by 5/9/26. [D.E. 12] As of the date of this amended Motion shown below the defendant has offered no opposition to this cause of action of any kind, nor moved for an extention to time to respond. the defendant has forfeited any opportunity for opposition.**

## Conclusion

No more facts need be shown to establish a prima facie showing that 18 USC 4248 et seq meets all three elements as a Constitutionally Prohibited Bill of Attainder / Bill of Pains and Penalties in violation of Article 1, 9, sec 3 at the United States Constitution and therefor VOID and invalid under law, and unenforceable. Relief sought in opening pleading is warranted.

Respectfully Submitted this on
11th day of May, 2026.

James D. Vandivere
James D. Vandivere